#### 9442. JOHNSON *v.* ESTATE OF SAM FARKAS.

JENKINS, J. A party defendant in error is essential to the prosecution of a writ of error, and where no one is named or otherwise disclosed by the bill of exceptions as defendant in error, the writ must necessarily be dismissed; for without a defendant in error there is no case. *Ray* v. *Pease,* 112 *Ga.* 675 (37 S. E. 875); *Branch* v. *Mallory,* 8 *Ga. App.* 797 (70 S. E. 177); *Hendricks* v. *Rogers,* 22 *Ga. App.* 357 (95 S. E. 1009); *Knox* v. *Greenfield Estate,* 7 *Ga. App.* 305 (66 S. E. 805).

*Writ of error dismissed. Wade, C. J., and Luke, J., concur.*

DECIDED JULY 30, 1918.

Writ of error; from Worth superior court.

The bill of exceptions in this case recites that "in the case of E. M. Johnson *v.* Sam Farkas, Jonas McKelvin, and L. M. Potts, sheriff, returnable to the April term, 1914, of the superior court of Worth county, being a rule to distribute funds, on November 21st, 1917, the same was called for trial; and it being agreed by counsel that the judge of the superior court should sit as a court and a jury, he proceeded with the trial." The evidence adduced upon the trial and the judgment of the court are then set out. It appears from the record that Sam Farkas died before the hearing took place in the lower court. The judgment to which exception is taken is as follows: "By agreement of counsel and all parties, the court, sitting as a jury, after hearing the evidence, awards the entire funds to the defendant, ———; and it is adjudged that the ex-sheriff, L. A. Potts, deliver said funds to the defendant, executor of the estate of Sam Farkas." The defendant in error named in the bill of exceptions is "Estate of Sam Farkas." Service of the bill of exceptions was acknowledged by attorneys signing as "Attorneys for estate of Sam Farkas, defendant in error."

*Passmore & Forehand,* for plaintiff.

*Perry & Williamson, Leonard Farkas,* for defendant.